UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
|     v. | ) | No. 07 C 3759 |
| | ) | |
| ONE EZONICS EZCAM MODEL P35U1 USB | ) | |
| WEBCAM, BEARING SERIAL NUMBER | ) | Judge John W. Darrah |
| 91810U001323 et al; | ) | |
|     Defendants, | ) | |
| | ) | |
| CHARLES BURT, | ) | |
|     Claimant. | ) | |

**MOTION FOR JUDGMENT**

NOW COMES the claimant Charles Burt, by his attorney John M. Beal, and moves for judgment at the close of all the evidence pursuant to Fed. R. Civ. P. 50(a). A reasonable jury could not find a sufficient evidentiary basis for entering verdict for the plaintiff United States on any of its claims. More particularly, there is insufficient evidentiary support for a reasonable jury to find for the United States on the property identified in the complaint as Seized Media Storage Devices, et al. and Seized Images and Photo Albums, and identified in the verdict form as "Miscellaneous photos, negatives, slides, video tapes and other storage media," and which were introduced in the trial as Government Exhibit 21. There was insufficient evidence in the record that all of these items were used to commit or promote the commission of claimant

Charles Burt's offenses.

                                            Respectfully submitted,

                                            __S/ John M. Beal_____
                                            Attorney for Defendant

John M. Beal
Attorney at Law
53 W. Jackson Blvd., #1615
Chicago, IL 60604
(312) 408-2766